# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Black Gold Oilfield Services, LLC, a/k/a Black Gold Oil Field Services LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>The Grand Majestic Lodge LLC, John Souza, and Carolyn Souza,<br><br>        Defendants. | **ORDER GRANTING MOTION TO AMEND SCHEDULING/DISCOVERY PLAN**<br><br><br><br><br>Case No. 1:20-cv-044 |

On June 26, 2021, the parties filed a Third Motion to Amend Scheduling/Discovery Plan. (Doc. No. 39). The court **GRANTS** the parties' motion (Doc. No. 39) and **AMENDS** the pretrial deadlines as follows:

1. Depositions for Defendant John Souza and witness James Darden shall be completed by July 9, 2021.

2. The parties shall have until July 20, 2021, to file discovery motions.

3. The parties shall have until July 27, 2021, to file dispositive motions..

4. The parties shall have until August 31, 2021, to file non-dispositive motions.

**IT IS SO ORDERED.**

Dated this 28th day of June, 2021.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court