UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| BLACK GOLD OILFIELD SERVICES LLC, a/k/a Black Gold Oil Field Services LLC, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>THE GRAND MAJESTIC LODGE LLC, )<br>JOHN SOUZA, and CAROLYN SOUZA, )<br>)<br>Defendants. )<br>) | **ORDER**<br>Case No: 1:20-cv-00044 |

THIS MATTER, having come before the Court on the Parties' Joint Motion for Telephonic Appearances, and the Court being fully apprised of the circumstances, IT IS HEREBY ORDERED that Plaintiff's witnesses Roger Chan and Jeff Lunnen may appear telephonically for their testimony at trial.

DATED this 12th day of October, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court