# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Black Gold Oilfield Services LLC, a/k/a Black Gold Oil Field Services, LLC, | ) ) ) |
| Plaintiff, | ) **ORDER** ) |
| vs. | ) ) |
| The Grand Majestic Lodge LLC, John Souza and Carolyn Souza, | ) ) Case No. 1:20-cv-044 ) |
| Defendants. | ) |

On November 3, 2021, the parties filed a Stipulation for Dismissal. The court **ADOPTS** the stipulation (Doc. No. 87). The above-captioned action is **DISMISSED** with prejudice and on the merits and without costs or disbursements or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated this 4th day of November, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court